# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CASTANEDA,<br><br>             Petitioner,<br><br>   v.<br><br>R.H. TRIMBLE, Warden,<br><br>             Respondent. | Case No. CV 11-2992-MMM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 8, 2013

                                            MARGARET M. MORROW
                                     UNITED STATES DISTRICT JUDGE